# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 10-CR-30179-JPG |
| ) | |
| GARY E. SHIELDS, ) | |
| Defendant. ) | |

## ORDER OF DETENTION

**DALY, Magistrate Judge:**

Defendant appeared with counsel on October 31, 2022, for an initial appearance on a petition to revoke supervised release. Defendant filed a written waiver of a preliminary hearing, and the Court finds the waiver to be voluntary and counseled and that probable cause exists and that the matter is to be set for an evidentiary hearing.

Defendant did not request bond.  IT IS, THEREFORE, ORDERED that defendant be detained and held in custody pending further disposition of this matter.

IT IS FURTHER ORDERED that (1) Defendant shall be COMMITTED to the custody of the United States Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; (2) Defendant shall be AFFORDED reasonable opportunity for private consultation with his attorney or any person hired by his attorney for the purpose of preparing a defense; and (3) on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall DELIVER Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DATED:** October 31, 2022

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**